Certificate Number: 15111-PAM-DE-030856391

Bankruptcy Case Number: 18-00102


15111-PAM-DE-030856391

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 10, 2018, at 1:52 o'clock PM EDT, Raymond Carl Lewis completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 10, 2018

By: /s/Maan Arriane Vendiola for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education