Certificate Number: 15111-PAM-DE-030856393

Bankruptcy Case Number: 18-00102


15111-PAM-DE-030856393

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 10, 2018</u>, at <u>1:52</u> o'clock <u>PM EDT</u>, <u>Verna Lewis</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 10, 2018</u>

By: <u>/s/Maan Arriane Vendiola for Ryan McDonough</u>

Name: <u>Ryan McDonough</u>

Title: <u>Executive Director of Education</u>