LOCAL BANKRUPTCY FORM 5071-1
THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RAYMOND C. LEWIS | : | BK. No. 5:18-bk-00102-RNO |
| VERNA LEWIS | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-W3 | : | 11 U.S.C. §362 |
| | : | Name of Proceeding: MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| Movant | : | |
| v. | : | |
| RAYMOND C. LEWIS | : | Document # 36 |
| VERNA LEWIS | : | |
| Respondents | | |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance:

**Parties are trying to resolve the matter and request to continue to March 28, 2019**

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

**Dated:
February 26, 2019**

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com

| | | |
|---|---|---|
| IN RE: | : | |
| RAYMOND C. LEWIS | : | BK. No. 5:18-bk-00102-RNO |
| VERNA LEWIS | : | |
| Debtors | : | Chapter No. 13 |
| | : | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-W3 | : : : : | 11 U.S.C. §362<br><br>Name of Proceeding: MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| Movant | : | |
| v. | : | |
| RAYMOND C. LEWIS | : | Document # 36 |
| VERNA LEWIS | : | |
| Respondents | | |

**CERTIFICATION OF SERVICE**

**TO THE BANKRUPTCY COURT CLERK:**

Service upon the following persons was made by sending a true and correct copy of the Request to Continue Hearing/Trial with Concurrence by first class mail or electronic means on the date listed below.

CHARLES J. DEHART, III, ESQUIRE (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

PATRICK JAMES BEST, ESQUIRE
18 NORTH 8TH STREET
STROUDSBURG, PA 18360

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

VERNA LEWIS
P.O. BOX 387
SHAWNEE ON DELAWARE, PA 18356-0387

RAYMOND CARL LEWIS
P.O. BOX 387
SHAWNEE ON DELAWARE, PA 18356-0387

**DATE: February 26, 2019**

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com