```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00102-RNO
Raymond C. Lewis                                                    Chapter 13
Verna Lewis
         Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: MichaelMc         Page 1 of 1         Date Rcvd: Dec 13, 2019
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
5038975       +TD Auto FInance,   TD Auto Finance,   PO BOX 551080,   Jacksonville FL 32255-1080

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee for Bear
               Stearns Asset Backed Securities I Trust 2005-AC4, Asset Backed Certificates, Series 2005-AC4
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et.Al
               pamb@fedphe.com
              Mario John Hanyon     on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               Et.Al pamb@fedphe.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Patrick James Best    on behalf of Debtor 1 Raymond C. Lewis patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Patrick James Best    on behalf of Debtor 2 Verna  Lewis patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              Thomas  Song    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee Et.Al
               pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-00102-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Raymond C. Lewis
P.O. Box 387
Shawnee on Delaware PA 18356-0387

Verna Lewis
P.O. Box 387
Shawnee on Delaware PA 18356-0387

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/13/2019.

Name and Address of Alleged Transferor(s):

Claim No. 20: TD Auto FInance, TD Auto Finance, PO BOX 551080, Jacksonville FL 32255

Name and Address of Transferee:

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud MN 56302-9617
Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud MN 56302-9617

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/15/19

Terrence S. Miller
**CLERK OF THE COURT**