| UNITED STATES BANKRUPTCY COURT<br>Middle District of Pennsylvania (Wilkes-Barre) || NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Raymond C. Lewis<br>Verna Lewis | Case Number:<br><br>5:2018-bk-00102 | |
| Name of Creditor:<br><br>Deutsche Bank National Trust Company, et. al. || |
| Name of Current Servicer of account:<br>PHH Mortgage Services || **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>1 Mortgage Way<br>Mount Laurel, NJ 08054 || **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>PHH Mortgage Services<br>PO Box 24781<br>ATTN: SV 19<br>West Palm Beach, FL 33416<br><br>Telephone Number: 800-750-2518 || **X** Check this box if you are changing the address that payments will go to. |
| **1.    Account Number:  3996** || _ Check this box if the account number has changed. |
| **2.    Court Claim Number:  19** |||
| **3.    Signature:**<br><br>**Check the appropriate box.**<br>    I am the creditor.<br>    X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>    I am the trustee, or the debtor.<br>    I am a guarantor, surety, endorser, or other codebtor.<br><br>By:   /s/ John Shelley                              Date:  02/18/2023<br>        Authorized Filing Agent for PHH Mortgage Services |||

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.: 18-00102 |
| Raymond C. Lewis | CHAPTER: 13 |
| Verna Lewis | |
|     Debtor(s). | |

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*      *By U.S. Postal Service First Class Mail Postage Prepaid:*

Raymond C. Lewis
P.O. Box 387
Shawnee on Delaware, PA 18356-0387

*By U.S. Postal Service First Class Mail Postage Prepaid:*

Verna Lewis
P.O. Box 387
Shawnee on Delaware, PA 18356-0387

*Debtor's Attorney:*      *By CM / ECF Filing:*

Patrick James Best
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

*Trustee:*      *By CM / ECF Filing:*

*Trustee:*                  Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

/s/ John Shelley
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)