IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Lewis, Raymond C | : | CASE NO.: 5:18-bk-00102-MJC |
| Lewis, Verna | : | |
| Debtors. | : | CHAPTER 13 |

## WITHDRAWAL OF MOTION FOR HARDSHIP DISCHARGE

To the Clerk of the Bankruptcy Court:

    Kindly withdraw Debtors' Motion for Hardship Discharge.

Date: <u>March 14, 2023</u>                         /s/ Patrick J. Best
                                                                     Patrick J. Best, Esq.
                                                                     ARM Lawyers
                                                                     18 N. 8th St.
                                                                     Stroudsburg PA 18360
                                                                     570-420-7431
                                                                     Attorney for Debtor