# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>RAYMOND C. LEWIS AND VERNA LEWIS<br><br>Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W3,<br>    Movant<br><br>vs.<br><br>RAYMOND C. LEWIS AND VERNA LEWIS,<br>    Debtors | Case No. 5:18-bk-00102-MJC<br>Chapter 13 |

## WITHDRAWAL OF AMENDED OBJECTION TO CONFIRMATION OF PLAN

Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W3 ("Movant"), by and through its legal counsel, hereby withdraws its AMENDED OBJECTION TO CONFIRMATION OF PLAN filed April 19, 2023, Document Number 70.

.

                                      */s/Mario Hanyon*
                                      Andrew Spivack, PA Bar No. 84439
                                      Matt Fissel, PA Bar No. 314567
                                      Mario Hanyon, PA Bar No. 203993
                                      Ryan Starks, PA Bar No. 330002
                                      Jay Jones, PA Bar No. 86657
                                      Attorney for Creditor
                                      BROCK & SCOTT, PLLC
                                      3825 Forrestgate Drive
                                      Winston Salem, NC 27103
                                      Telephone: (844) 856-6646
                                      Facsimile: (704) 369-0760
                                      E-Mail: PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>RAYMOND C. LEWIS AND VERNA LEWIS<br><br>Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W3,<br>　　　Movant<br><br>vs.<br><br>RAYMOND C. LEWIS AND VERNA LEWIS,<br>　　Debtors | Case No. 5:18-bk-00102-MJC<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Amended Objection To Confirmation Of Debtor's Chapter 13 Plan has been electronically served or mailed, postage prepaid on <u>April 20, 2023</u> to the following:

Via Electronic Notice:

Patrick j Best, Debtor's Attorney
18 North 8th Street
Stroudsburg, PA 18360
patrick@armlawyers.com


Jack N Zaharopoulos (Trustee), Bankruptcy Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. U.S. Trustee , US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101


Via First Class Mail:

RAYMOND C. LEWIS
P.O. BOX 387

SHAWNEE ON DELAWARE, PA 18356-0387

VERNA LEWIS
P.O. BOX 387
SHAWNEE ON DELAWARE, PA 18356-0387

Date: <u>April 19, 2023</u>

<u>*/s/Mario Hanyon*</u>
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com