In re:  Case No. 18-00102-MJC
Raymond C. Lewis  Chapter 13
Verna Lewis
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 5
Date Rcvd: May 17, 2023      Form ID: 3180W      Total Noticed: 76

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Raymond C. Lewis, Verna Lewis, P.O. Box 387, Shawnee on Delaware, PA 18356-0387 |
| 5010747 | | Delta Dental of PA, PO Box 660138, Dallas, TX 75266-0138 |
| 5010750 | | EZ Pass, New York Service Center, PO Box 15187, Albany, NY 12212-5187 |
| 5010753 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067-0000 |
| 5010755 | | Geisinger Health Plan, PO Box 827502, Philadelphia, PA 19182-7502 |
| 5010756 | + | Hayt, Hayt & Landau LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 5010759 | | Lehigh Valley Hospital - Pocono, 206 E Brown St, East Stroudsburg, PA 18301-3006 |
| 5010735 | | Lewis Raymond & Verna, 127 Knob Ln, Shawnee on Delaware, PA 18356-0387 |
| 5010771 | | PP&L Electric Utilities, P.O. Box 25239, Lehigh Valley, PA 18002-5239 |
| 5035069 | + | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5010769 | | Penn Estates Property Owners Association, 525 Penn Estates Dr, East Stroudsburg, PA 18301 |
| 5191583 | + | Penn Estates Property Owners Association, c/o Young & Haros, LLC, 802 Main Street, Stroudsburg, PA 18360-1602 |
| 5010772 | | Raymour & Flanigan, 7248 Morgan Rd, Liverpool, NY 13090-4535 |
| 5010783 | + | US Asset Management Inc, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 5010785 | | Water Services Corporation, 40 Bruckner Blvd # 6, Bronx, NY 10454-4496 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: LCIPHHMRGT | May 17 2023 22:35:00 | Deutsche Bank National Trust Company, as Trustee f, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| cr | | EDI: JEFFERSONCAP.COM | May 17 2023 22:36:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| cr | + | EDI: LCIPHHMRGT | May 17 2023 22:35:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 17 2023 18:43:00 | U.S. Bank National Association, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 5010737 | + | EDI: CINGMIDLAND.COM | May 17 2023 22:36:00 | AT&T Mobility, P.O. Box 537104, Atlanta, GA 30353-7104 |
| 5010736 | | EDI: AFFILIATEDGRP.COM | May 17 2023 22:36:00 | Affiliated Credit Serv, PO Box 7739, Rochester, MN 55903-7739 |
| 5010738 | | EDI: TSYS2 | May 17 2023 22:35:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |

| Recipient ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5010739 | | EDI: TSYS2 | May 17 2023 22:35:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 5010740 | | EDI: CAPITALONE.COM | May 17 2023 22:35:00 | Capital One Bank (USA) N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 5010742 | | EDI: CITICORP.COM | May 17 2023 22:35:00 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5010743 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | May 17 2023 18:43:00 | Computer Credit Inc., 640 West Fourth St., P.O. Box 5238, Claim Dept. 003755, Winston-Salem, NC 27113-5238 |
| 5010744 | | Email/PDF: creditonebknotifications@resurgent.com | May 17 2023 18:45:24 | Credit One Bank N.A., PO Box 740237, Atlanta, GA 30374-0237 |
| 5010745 | | Email/PDF: creditonebknotifications@resurgent.com | May 17 2023 18:45:26 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5010746 | | Email/PDF: creditonebknotifications@resurgent.com | May 17 2023 18:45:36 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5032032 | + | EDI: CITICORP.COM | May 17 2023 22:35:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 5010748 | + | EDI: CITICORP.COM | May 17 2023 22:35:00 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 5010784 | + | EDI: CITICORP.COM | May 17 2023 22:35:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 5154028 | | EDI: Q3G.COM | May 17 2023 22:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5038956 | | EDI: LCIPHHMRGT | May 17 2023 22:35:00 | Deutsche Bank National Trust Company, et. al., OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH, FL 33416-4605 |
| 5010749 | | Email/Text: bankruptcydepartment@tsico.com | May 17 2023 18:43:00 | EOS CCA, PO Box 981002, Boston, MA 02298-1002 |
| 5010751 | | EDI: AMINFOFP.COM | May 17 2023 22:36:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5010752 | + | EDI: AMINFOFP.COM | May 17 2023 22:36:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5010754 | + | EDI: RMSC.COM | May 17 2023 22:35:00 | Ge Money Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5281740 | | EDI: JEFFERSONCAP.COM | May 17 2023 22:36:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 5281741 | | EDI: JEFFERSONCAP.COM | May 17 2023 22:36:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617, Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 5010741 | | EDI: JPMORGANCHASE | May 17 2023 22:35:00 | Chase Mortgage, P.O. Box 78420, Phoenix, AZ 85062-8420 |
| 5010758 | ^ | MEBN | May 17 2023 18:38:54 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5010757 | | EDI: PHINGENESIS | May 17 2023 22:36:00 | Kay Jewelers/Gfs, PO Box 4480, Beaverton, OR 97076-4480 |
| 5010760 | | Email/Text: ktramble@lendmarkfinancial.com | May 17 2023 18:42:00 | Lendmark Financial Ser, 2118 Usher St NW, Covington, GA 30014-2434 |
| 5036848 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 18:45:36 | LVNV Funding, LLC its successors and assigns |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | as., assignee of CitiFinancial, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5037756 | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 18:45:26 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5036556 | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 19:01:23 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5037152 | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 18:45:30 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5010761 | ^ MEBN | May 17 2023 18:38:46 | Leroys Jewelers, Sterling Jewelers, Inc/Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 5010762 | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2023 18:45:31 | Lvnv Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 5027263 | + Email/Text: BankruptcyEast@firstenergycorp.com | May 17 2023 18:43:00 | Met Ed, FirstEnergy, 101 Crawford's Corner Rd, Bldg 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5010763 | + Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 18:43:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 5014628 | + Email/Text: bankruptcydpt@mcmcg.com | May 17 2023 18:43:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5010764 | Email/Text: bnc@nordstrom.com | May 17 2023 18:43:26 | Nordstrom FSB, ATTN: Bankruptcy Department, PO Box 6555, Englewood, CO 80155-6555 |
| 5010765 | Email/Text: bnc@nordstrom.com | May 17 2023 18:43:26 | Nordstrom/Td Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 5010766 | + EDI: LCIPHHMRGT | May 17 2023 22:35:00 | Ocwen Loan Servicing L, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 5010767 | EDI: LCIPHHMRGT | May 17 2023 22:35:00 | Ocwen Loan Servicing, LLC, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 5010770 | EDI: PRA.COM | May 17 2023 22:36:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5015542 | EDI: PRA.COM | May 17 2023 22:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5010863 | + EDI: RECOVERYCORP.COM | May 17 2023 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5022089 | EDI: PENNDEPTREV | May 17 2023 22:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5022089 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2023 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5028529 | + EDI: JEFFERSONCAP.COM | May 17 2023 22:36:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5035692 | EDI: Q3G.COM | May 17 2023 22:36:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5010773 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2023 18:43:00 | Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5010774 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com May 17 2023 18:43:00 | | Select Portfolio Svcin, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5010775 | | Email/Text: clientservices@simonsagency.com May 17 2023 18:43:00 | | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 5010777 | | Email/Text: bkelectronicnoticecourtmail@computershare.com May 17 2023 18:43:00 | | Specialized Loan Servicing/Sls, Attn: Bankruptcy, PO Box 636005, Littleton, CO 80163-6005 |
| 5010776 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com May 17 2023 18:43:00 | | Specialized Loan Serving LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 5010778 | | EDI: RMSC.COM May 17 2023 22:35:00 | | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5010779 | | EDI: RMSC.COM May 17 2023 22:35:00 | | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5038975 | + | EDI: LCITDAUTO May 17 2023 22:35:00 | | TD Auto FInance, TD Auto Finance, PO BOX 551080, Jacksonville FL 32255-1080 |
| 5010782 | | Email/Text: blindsay@transcontinentalcredit.com May 17 2023 18:43:00 | | Trans-Continental Credit & Collection Co, P.O. Box 5055, White Plains, NY 10602-5055 |
| 5010780 | | EDI: LCITDAUTO May 17 2023 22:35:00 | | Td Auto Finance, PO Box 9223, Farmington Hills, MI 48333-9223 |
| 5010781 | | EDI: CITICORP.COM May 17 2023 22:35:00 | | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5015380 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com May 17 2023 18:43:00 | | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S Quebec Street, Greenwood Village, CO 80111-4720 |
| 5010786 | + | EDI: WFNNB.COM May 17 2023 22:35:00 | | World Financial Capital Bank, PO Box 182273, Columbus, OH 43218-2273 |

TOTAL: 62

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5038223 | * | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5010768 | ## | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as Trustee for Bear Stearns Asset Backed Securities I Trust 2005-AC4, Asset Backed Certificates, Series 2005-AC4 bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Deutsche Bank National Trust Company As Trustee Et.Al pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company As Trustee Et.Al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Argent Securities Inc., Asset-Backed Pass-Throu wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Deutsche Bank National Trust Company As Trustee Et.Al pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Patrick James Best | on behalf of Debtor 1 Raymond C. Lewis patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Patrick James Best | on behalf of Debtor 2 Verna Lewis patrick@armlawyers.com kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com |
| Thomas Song | on behalf of Creditor Deutsche Bank National Trust Company As Trustee Et.Al tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Raymond C. Lewis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−5758<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | Verna Lewis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−3875<br>EIN   __−_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:18−bk−00102−MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Raymond C. Lewis                Verna Lewis

**By the court:**

5/17/23

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**