Fill in this information to identify the case:

Debtor 1   RAYMOND C. LEWIS

Debtor 2   VERNA LEWIS
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number 5:18-bk-00102-MJC

Form 4100R
## Response to Notice of Final Cure Payment         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W3

**Court claim no.** (if known): 19

**Last 4 digits** of any number you use to identify the debtor's account: 3996

**Property address:**   127 Knob Ln
Number  Street
Shawnee on Delaware, PA 18356
City        State       ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☐ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☒ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:
**\*\*Per the order on the 3rd modified plan, POC arrears will not be paid duing the Bankruptcy but will be recoverable post BK\*\*\***      $ 2,204.45

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: 3/1/23 payment 1588.69+4/1/23 1588.69+ 5/1/23 1588.69+ 6/1/2023 1588.69- (440.62) suspense    (a) $ 6,314.14

b. Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ 0.00

c. **Total**. Add lines a and b.    (c) $ 6,314.14

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    03/01/2023
MM/DD/YYYY

Debtor 1 RAYMOND C. LEWIS     Case number *(if known)* 5:18-bk-00102-MJC
        First   Middle   Last

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon     Date 06/14/2023
   Signature

Print    Mario Hanyon                                Title   Attorney
      First Name   Middle Name   Last Name

Company   Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   3825 Forrestgate Dr.
      Number   Street

      Winston-Salem, NC 27103
      City   State   ZIP Code

Contact phone  844-856-6646   Email PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>RAYMOND C. LEWIS AND VERNA LEWIS | Case No. 5:18-bk-00102-MJC<br>Chapter 13 |
| Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2004-W3,<br>  Movant<br><br>vs.<br><br>RAYMOND C. LEWIS AND VERNA LEWIS,<br>  Debtors | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Response to Notice of Final Cure Payment has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

Patrick James Best, Debtor's Attorney
18 North 8th Street
Stroudsburg, PA 18360
patrick@armlawyers.com


Jack N Zaharopoulos, Bankruptcy Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee, US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101


Via First Class Mail:

RAYMOND C. LEWIS
P.O. BOX 387
SHAWNEE ON DELAWARE, PA 18356-0387

VERNA LEWIS
P.O. BOX 387
SHAWNEE ON DELAWARE, PA 18356-0387

Date: <u>June 14, 2023</u>

                                                          */s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
| In re: | : | Chapter 13 |
|   | : |   |
| Raymond C. Lewis, | : | Case No. 5:18-bk-00102-MJC |
| Verna Lewis, | : |   |
|     Debtors. | : |   |

## ORDER APPROVING MOTION TO MODIFY
## CONFIRMED CHAPTER 13 PLAN

Upon consideration of the Motion to Modify Confirmed Chapter 13 Plan filed on March 15, 2023, Dkt. #66 ("Motion"), and the Debtors having certified that Notice was sent to all creditors and parties in interest entitled to receive notice, it is hereby **ORDERED** that the Motion is **GRANTED** and the Debtors' Amended Plan filed in conjunction with the Motion is hereby approved and shall be **ADOPTED** as the Confirmed Chapter 13 Plan, as Modified.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 5, 2023

# Notice Recipients

District/Off: 0314–5 | User: AutoDocketer | Date Created: 5/5/2023
Case: 5:18–bk–00102–MJC | Form ID: pdf010 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty      Patrick James Best      patrick@armlawyers.com

TOTAL: 1

| Name: | | | | | |
|---|---|---|---|---|---|
| BK Case Number: | | pre & post | | | |
| Filing Date: | | | | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance |
| | | | | | $0.00 |
| 1/1/2018 | 2/7/2018 | 1,529.00 | $1,410.68 | $118.32 | $118.32 |
| 2/1/2018 | 3/14/2018 | 1,600.00 | $1,410.68 | $189.32 | $307.64 |
| 3/1/2018 | 3/22/2018 | 1,500.00 | $1,410.68 | $89.32 | $396.96 |
| 4/1/2018 | 5/15/2018 | 1,487.00 | $1,410.68 | $76.32 | $473.28 |
| 5/1/2018 | 7/10/2018 | 960 | $1,410.68 | -$450.68 | $22.60 |
| 6/1/2018 | 9/6/2018 | 1,410.68 | $1,410.68 | $0.00 | $22.60 |
| 7/1/2018 | 10/17/2018 | 1,447.46 | $1,410.68 | $36.78 | $59.38 |
| 8/1/2018 | 11/15/2018 | 1,410.68 | $1,410.68 | $0.00 | $59.38 |
| 9/1/2018 | 1/10/2019 | 1,447.64 | $1,410.68 | $36.96 | $96.34 |
| 10/1/2018 | 4/5/2019 | 6,000.00 | $1,447.46 | $4,552.54 | $4,648.88 |
| 11/1/2018 | | | $1,447.46 | -$1,447.46 | $3,201.42 |
| 12/1/2018 | | | $1,447.64 | -$1,447.64 | $1,753.78 |
| 1/1/2019 | | | $1,447.64 | -$1,447.64 | $306.14 |
| 2/1/2019 | 5/13/2019 | 1,500.00 | $1,447.64 | $52.36 | $358.50 |
| | 5/22/2019 | 500 | | $500.00 | $858.50 |
| 3/1/2019 | 7/12/2019 | 1495.00 | $1,447.64 | $47.36 | $905.86 |
| 4/1/2019 | 7/15/2019 | 1447.64 | $1,447.64 | $0.00 | $905.86 |
| 5/1/2019 | 8/20/2019 | 1447.64 | $1,447.64 | $0.00 | $905.86 |
| 6/1/2019 | 9/12/2019 | 1447.64 | $1,447.64 | $0.00 | $905.86 |
| 7/1/2019 | 10/10/2019 | 1447.64 | $1,447.64 | $0.00 | $905.86 |
| escrow | 11/19/2019 | 24.99 | $24.99 | $0.00 | $905.86 |
| 8/1/2019 | 11/21/2019 | 1447.64 | $1,447.64 | $0.00 | $905.86 |
| 9/1/2019 | 12/12/2019 | 1447.64 | $1,447.64 | $0.00 | $905.86 |
| | 1/27/2020 | 16.76 | | $16.76 | $922.62 |
| 10/1/2019 | 1/30/2020 | 1447.64 | $1,486.81 | -$39.17 | $883.45 |
| 11/1/2019 | 2/10/2020 | 1486.81 | $1,486.81 | $0.00 | $883.45 |
| 12/1/2019 | 3/18/2020 | 1486.81 | $1,486.81 | $0.00 | $883.45 |
| | 3/19/2020 | 33.50 | | $33.50 | $916.95 |
| 1/1/2020 | 4/15/2020 | 1486.81 | $1,486.81 | $0.00 | $916.95 |

|  | 4/20/2020 | 16.75 |  | $16.75 | $933.70 |
|---|---|---|---|---|---|
|  | 5/14/2020 | 16.17 |  | $16.17 | $949.87 |
| 2/1/2020 | 5/26/2020 | 1486.81 | $1,486.81 | $0.00 | $949.87 |
| 3/1/2020 | 6/24/2020 | 1486.81 | $1,486.81 | $0.00 | $949.87 |
| 4/1/2020 | 7/15/2020 | 1486.81 | $1,486.81 | $0.00 | $949.87 |
| 5/1/2020 | 8/19/2020 | 1486.81 | $1,486.81 | $0.00 | $949.87 |
| 6/1/2020 | 9/16/2020 | 1486.81 | $1,486.81 | $0.00 | $949.87 |
|  | 9/24/2020 | 32.32 |  | $32.32 | $982.19 |
| 7/1/2020 | 10/15/2020 | 1486.81 | $1,486.81 | $0.00 | $982.19 |
|  | 10/23/2020 | 16.16 |  | $16.16 | $998.35 |
|  | 11/16/2020 | 16.15 |  | $16.15 | $1,014.50 |
| 8/1/2020 | 11/18/2020 | 1486.81 | $1,486.81 | $0.00 | $1,014.50 |
|  | 12/16/2020 | 16.34 |  | $16.34 | $1,030.84 |
| 9/1/2020 | 12/21/2020 | 1486.81 | $1,486.81 | $0.00 | $1,030.84 |
| 10/1/2020 | 1/28/2021 | 1486.81 | $ 1,550.60 | -$63.79 | $967.05 |
|  | 2/1/2021 | 63.79 |  | $63.79 | $1,030.84 |
|  | 2/1/2021 | 56.51 |  | $56.51 | $1,087.35 |
| 11/01/20 | 2/23/2021 | 1550.60 | $ 1,550.60 | $0.00 | $1,087.35 |
|  | 2/25/2021 | 16.34 |  | $16.34 | $1,103.69 |
| 12/01/20 | 3/15/2021 | 1550.60 | $ 1,550.60 | $0.00 | $1,103.69 |
|  | 3/26/2021 | 16.35 |  | $16.35 | $1,120.04 |
| 01/01/21 | 4/9/2021 | 1550.60 | $ 1,550.60 | $0.00 | $1,120.04 |
|  | 4/23/2021 | 16.33 |  | $16.33 | $1,136.37 |
| 02/01/21 | 5/7/2021 | 1550.60 | $ 1,550.60 | $0.00 | $1,136.37 |
|  | 5/28/2021 | 16.34 |  | $16.34 | $1,152.71 |
| 03/01/21 | 6/10/2021 | 1550.60 | $ 1,550.60 | $0.00 | $1,152.71 |
|  | 6/25/2021 | 16.87 |  | $16.87 | $1,169.58 |
| 04/01/21 | 7/9/2021 | 1550.60 | $ 1,550.60 | $0.00 | $1,169.58 |
|  | 7/21/2021 | 16.89 |  | $16.89 | $1,186.47 |
| 05/01/21 | 8/11/2021 | 1550.60 | $ 1,550.60 | $0.00 | $1,186.47 |
|  | 8/24/2021 | 16.87 |  | $16.87 | $1,203.34 |
| 06/01/21 | 9/9/2021 | 1550.60 | $ 1,550.60 | $0.00 | $1,203.34 |
|  | 9/24/2021 | 16.87 |  | $16.87 | $1,220.21 |
| 07/01/21 | 10/14/2021 | 1550.60 | $ 1,550.60 | $0.00 | $1,220.21 |

|  | 10/22/2021 | 16.89 |  |  | $16.89 | $1,237.10 |
| --- | --- | --- | --- | --- | --- | --- |
| 08/01/21 | 11/23/2021 | 1550.60 | $ | 1,550.60 | $0.00 | $1,237.10 |
|  | 11/24/2021 | 16.39 |  |  | $16.39 | $1,253.49 |
| 09/01/21 | 12/14/2021 | 1550.60 | $ | 1,550.60 | $0.00 | $1,253.49 |
|  | 12/22/2021 | 16.39 |  |  | $16.39 | $1,269.88 |
| 10/01/21 | 1/21/2022 | 1549.00 | $ | 1,548.56 | $0.44 | $1,270.32 |
|  | 1/26/2022 | 16.40 |  |  | $16.40 | $1,286.72 |
| 11/01/21 | 2/10/2022 | 1548.56 | $ | 1,548.56 | $0.00 | $1,286.72 |
|  | 2/24/2022 | 16.39 |  |  | $16.39 | $1,303.11 |
| 12/01/21 | 3/11/2022 | 1548.56 | $ | 1,548.56 | $0.00 | $1,303.11 |
|  | 4/19/2022 | 16.39 |  |  | $16.39 | $1,319.50 |
| 01/01/22 | 4/21/2022 | 1548.56 | $ | 1,548.56 | $0.00 | $1,319.50 |
| 02/01/22 | 5/13/2022 | 1548.56 | $ | 1,548.56 | $0.00 | $1,319.50 |
|  | 5/23/2022 | 16.39 |  |  | $16.39 | $1,335.89 |
| 03/01/22 | 6/14/2022 | 1548.56 | $ | 1,548.56 | $0.00 | $1,335.89 |
|  | 6/21/2022 | 16.40 |  |  | $16.40 | $1,352.29 |
| 04/01/22 | 7/8/2022 | 1548.56 | $ | 1,548.56 | $0.00 | $1,352.29 |
|  | 7/21/2022 | 16.39 |  |  | $16.39 | $1,368.68 |
| 05/01/22 | 8/16/2022 | 1548.56 | $ | 1,548.56 | $0.00 | $1,368.68 |
|  | 8/24/2022 | 17.61 |  |  | $17.61 | $1,386.29 |
| 06/01/22 | 9/14/2022 | 1548.56 | $ | 1,548.56 | $0.00 | $1,386.29 |
|  | 9/21/2022 | 17.62 |  |  | $17.62 | $1,403.91 |
| 07/01/22 | 10/13/2022 | 1548.56 | $ | 1,548.56 | $0.00 | $1,403.91 |
|  | 11/1/2022 | 17.61 |  |  | $17.61 | $1,421.52 |
| 08/01/22 | 11/15/2022 | 1548.56 | $ | 1,548.56 | $0.00 | $1,421.52 |
| 09/01/22 | 12/13/2022 | 1548.56 | $ | 1,548.56 | $0.00 | $1,421.52 |
|  | 12/14/2022 | 16.70 |  |  | $16.70 | $1,438.22 |
| 10/01/22 | 1/19/2023 | 1588.69 | $ | 1,588.69 | $0.00 | $1,438.22 |
|  | 1/30/2023 | 16.70 |  |  | $16.70 | $1,454.92 |
| 11/01/22 | 2/14/2023 | 1588.69 | $ | 1,588.69 | $0.00 | $1,454.92 |
|  | 3/3/2023 | 16.70 |  |  | $16.70 | $1,471.62 |
| 12/01/22 | 3/13/2023 | 1588.69 | $ | 1,588.69 | $0.00 | $1,471.62 |
| 01/01/23 | 5/8/2023 | 1588.69 | $ | 1,588.69 | $0.00 | $1,471.62 |
| 02/01/23 | 5/23/2023 | 1588.69 | $ | 1,588.69 | $0.00 | $1,471.62 |

| | | | | | |
|---|---|---|---|---|---|
| mfr atty fees/costs | | | $ 1,031.00 | -$1,031.00 | $440.62 |

| Post petition due | |
|---|---|
| 3/1/2023 | $1,588.69 |
| 4/1/2023 | $1,588.69 |
| 5/1/2023 | $1,588.69 |
| 6/1/2023 | $1,588.69 |